**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEM ADAGBA,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS; and MRS BPO, LLC; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 2:23-cv-08854-AB-PVC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Pursuant to the stipulation this court hereby dismisses this action with prejudice. Each party to bear its own fees and costs.

IT IS SO ORDERED.

DATE: February 19, 2025          BY: _____
                                            HONORABLE ANDRÉ BIROTTE JR.
                                            UNITED STATES DISTRICT COURT JUDGE